IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD BOWELL,

    Petitioner,                    No. CIV S-04-2247 GEB GGH P

    vs.

GOVERNOR SCHWARZENEGGER, et al.,

    Respondent.                  ORDER

_____/

        On February 15, 2005, this action was transferred to the United States District Court for the Central District of California. On April 15, 2005, petitioner filed a motion with the court requesting that this action be re-opened because the Central District has not responded to his filings.

        All communication regarding this action must be sent to the United States District Court for the Central District of California. Accordingly, IT IS HEREBY ORDERED that petitioner's April 15, 2005, motion to re-open is disregarded.

DATED: 5/17/05

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

bow2247.ord

1